UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| KIRK TANG YUK, | |
|---|---|
| Movant, | 19-CV-9416 (AJN) |
| -against- | 13-CR-0360-3 (AJN) |
| UNITED STATES OF AMERICA, | ORDER |
| Respondent. | |

JAN 3 1 2020

ALISON J. NATHAN, United States District Judge:

Petitioner Kirk Tang Yuk has moved for a sixty-day extension of his time to file a reply to the Government's opposition. The request is hereby GRANTED. Petitioner Kirk Tang Yuk's time to file a reply is extended until April 13, 2020. No further extensions will be granted absent good cause. Chambers will mail a copy of this Order to Petitioner and note its mailing on the docket.

SO ORDERED.

Dated: January 31, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge